# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| QUANZHOU YONGCHUN BEILANG E-COMMERCE CO.,LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | No. 26-cv-00776 <br><br> Judge Thomas M. Durkin <br> Magistrate Judge Laura K. McNally |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST REMAINING DEFENDANTS

Plaintiff Quanzhou Yongchun Beilang E-Commerce Co.,Ltd. respectfully moves this Honorable Court for entry of an order of Default and final Default Judgment against the Defendants identified in **Schedule A** attached hereto. Plaintiff has concurrently filed a Memorandum of Law in support of this motion.

Dated: March 11, 2026

Respectfully submitted,

/s/ Junru Chen
Junru Chen (IL Bar No. 6344136)
Clovian Law, LLC
21 S Evergreen Ave., Ste. 200-129
Arlington Height, IL 60005
(312) 500-2995
junru.chen@clovianlaw.com

**SCHEDULE A**

| No. | Seller ID | Name / Seller Alias | ASIN |
|---|---|---|---|
| 1 | https://www.amazon.com/sp?ie=UTF8&seller=A330OKNWIIQD92 | AENHTTN8rasan | B0FP16V4C6 |
| 2 | https://www.amazon.com/sp?ie=UTF8&seller=A3K0CEIZ0G2LBG | AER5HUG2B | B0FQ5PNFML |
| 3 | https://www.amazon.com/sp?ie=UTF8&seller=A8M28TC1SHKGN | AIIWUKE | B0G391M816 |
| 4 | https://www.amazon.com/sp?ie=UTF8&seller=A11ZRVI2CP2TYX | AMAMQAA | B0BHH85YZJ |
| 5 | https://www.amazon.com/sp?ie=UTF8&seller=A1KDGK9T3NN52X | Anlishangmao- | B0D76PMXCT |
| 6 | https://www.amazon.com/sp?ie=UTF8&seller=A3FH6YZP8NFNGI | BaiYinHuiMingShop | B0DKXFM587 |
| 7 | https://www.amazon.com/sp?ie=UTF8&seller=A39EDPYBGM8P8Z | beijuo88 | B0DGV8LJYB |
| 9 | https://www.amazon.com/sp?ie=UTF8&seller=A2G3H04Y0QKPN6 | bowenaoligei | B0DDH9SDZV |
| 10 | https://www.amazon.com/sp?ie=UTF8&seller=A2YHDV45S7FAIA | CapraNook | B0FR1FL72S |
| 11 | https://www.amazon.com/sp?ie=UTF8&seller=ATEPZ3R7Q70QB | Chelunzi-Shop | B0FJDTNRG8 |
| 12 | https://www.amazon.com/sp?ie=UTF8&seller=A1YWHPTMX76MDT | chengdoulubenjiankejiyouxiangongsi | B0D95V4MBK |
| 13 | https://www.amazon.com/sp?ie=UTF8&seller=A325CDEG9OD3GW | ChenYuGuang | B0G48N57JF |
| 14 | https://www.amazon.com/sp?ie=UTF8&seller=ABGN0ONNYKZOT | chexn50 | B0FV31895Y |
| 16 | https://www.amazon.com/sp?ie=UTF8&seller=A15AQZXZF6YWHA | Cshiwei | B0FHW4ZMW6 |
| 17 | https://www.amazon.com/sp?ie=UTF8&seller=ALNAGEEMJUP3W | DailyDaypacksBackpacks | B0FJ5JQGTQ |
| 20 | https://www.amazon.com/sp?ie=UTF8&seller=AS97OES11SP9D | Dong Wang | B0CHDLV43R |
| 21 | https://www.amazon.com/sp?ie=UTF8&seller=A1RYTCXNB3L0RV | dongdeqiongart | B0DLKHRWM8 |
| 22 | https://www.amazon.com/sp?ie=UTF8&seller=A2BPUGXRVXRSVF | dongguanshijiuyichengsujiaozhi | B0FXWW6H7W |
| 23 | https://www.amazon.com/sp?ie=UTF8&seller=AZGSLDZT5U8EX | DOTIDA | B0DYNZP7GS |
| 24 | https://www.amazon.com/sp?ie=UTF8&seller=A1M2J023NYB602 | DuhuaHomeStore | B0FFZ2PK78 |
| 25 | https://www.amazon.com/sp?ie=UTF8&seller=A1SXZV0SZFB6U7 | dujieshangmao | B0G44B6YZJ |
| 26 | https://www.amazon.com/sp?ie=UTF8&seller=A34UV5L55Y1A1X | EclatVisor | B0F6K93Z19 |

| No. | Seller ID | Name / Seller Alias | ASIN |
|---|---|---|---|
| 27 | https://www.amazon.com/sp?ie=UTF8&seller=AABUZVLNKO34I | EmeraldUS | B0F3T4PKNF |
| 28 | https://www.amazon.com/sp?ie=UTF8&seller=A3BJT48KPC6I7W | enshishengnanshangmaoyouxiangongsi | B0F5WS9KNS |
| 29 | https://www.amazon.com/sp?ie=UTF8&seller=A1QMSVFBTKQVV9 | Family Outdoor Store | B0F5WMBJGF |
| 30 | https://www.amazon.com/sp?ie=UTF8&seller=AY5E3F3KDK4U5 | Fangjianjian | B0BWXY8L7T |
| 31 | https://www.amazon.com/sp?ie=UTF8&seller=A2ZC8OLBB55TCM | Fangzhiweiw | B0DZ737S1F |
| 32 | https://www.amazon.com/sp?ie=UTF8&seller=ADT2614IVYF22 | fengxiangxiangongweiyinshuachang | B0G4K2SBFX |
| 33 | https://www.amazon.com/sp?ie=UTF8&seller=A2N0QEBL03OVKR | FENNIDICE HFGS | B0D7HWGD7X |
| 35 | https://www.amazon.com/sp?ie=UTF8&seller=A21LUDWBTPY57V | FYGU | B0FDR63MW7 |
| 36 | https://www.amazon.com/sp?ie=UTF8&seller=A28B905N2O6CK7 | ganzhouzhaixingjiajuyouxiangongsi | B0FXG5K744 |
| 37 | https://www.amazon.com/sp?ie=UTF8&seller=A1IXYG6WIGDBR | ggqhehr | B0FWX8QGFH |
| 39 | https://www.amazon.com/sp?ie=UTF8&seller=A2KZV3MBOCD4X8 | guangzhounanzishangmao | B0FNJQ7ZB2 |
| 40 | https://www.amazon.com/sp?ie=UTF8&seller=A39KJB912KM8U7 | guangzhouqiman | B0CKZ1THBQ |
| 41 | https://www.amazon.com/sp?ie=UTF8&seller=A31YNS3Y3WWGD5 | guangzhourongai | B0G64NTLJ3 |
| 42 | https://www.amazon.com/sp?ie=UTF8&seller=AZDQWYTAYG03N | guangzhouxuanxuan | B0FY3MVK79 |
| 43 | https://www.amazon.com/sp?ie=UTF8&seller=AKGEQD2DRGD47 | guangzhouyaoliang | B0FJ1XVH6R |
| 44 | https://www.amazon.com/sp?ie=UTF8&seller=A1IU2IOXDXFDF6 | Gucheng County Yue'er Trading Co., Ltd. | B0FXG9MWJG |
| 45 | https://www.amazon.com/sp?ie=UTF8&seller=AC7RY3EB3BV8N | haerbinshilinjiaweishangmaoyouxiangongsi | B0G3QMBTHS |
| 46 | https://www.amazon.com/sp?ie=UTF8&seller=A3P626R6HN1SMZ | haochumaoyi | B0FXB8F6RZ |
| 48 | https://www.amazon.com/sp?ie=UTF8&seller=AC3Z1RIAXGQ83 | hebeiyangchamaoyiyouxiangongsi | B0DK81DYRN |
| 49 | https://www.amazon.com/sp?ie=UTF8&seller=A11LAJTAOLFCPS | hefeishiziyuanwuliuxinxizixunyouxiangongs | B0F9TS246X |
| 51 | https://www.amazon.com/sp?ie=UTF8&seller=A2VYKYW0EO3AHC | hengSha | B0FM3MJM11 |
| 52 | https://www.amazon.com/sp?ie=UTF8&seller=AQ0SVLQ44MP8J | Heshanshan | B0G4HVQRJC |
| 54 | https://www.amazon.com/sp?ie=UTF8&seller=AA25BVN9CQ20V | HOngsuom | B0G5H78F3S |

| No. | Seller ID | Name / Seller Alias | ASIN |
|---|---|---|---|
| 55 | https://www.amazon.com/sp?ie=UTF8&seller=A3IG80UW8500QP | HongYuYuan | B0G118QJJH |
| 56 | https://www.amazon.com/sp?ie=UTF8&seller=A1JFG91XXLM5KM | Hu Bei Tian Fen Fei Mao Yi You Xian Gong Si | B0DYSY7JMW |
| 57 | https://www.amazon.com/sp?ie=UTF8&seller=AN9ISIS7Y6WL3 | huangzhiqianghaibaohuihua | B0F1CQCLY2 |
| 58 | https://www.amazon.com/sp?ie=UTF8&seller=A27RQUZBEQP2PL | huayaoshangwufuwu | B0G13RXVDY |
| 59 | https://www.amazon.com/sp?ie=UTF8&seller=A9UEDMIMXF36P | Huluduum | B0DNJW4CSL |
| 60 | https://www.amazon.com/sp?ie=UTF8&seller=A19ES6DODMUBNE | igsbi | B0FQBR8WSP |
| 62 | https://www.amazon.com/sp?ie=UTF8&seller=AT70PMZYZYBYT | JIangLun | B0FP95CFFV |
| 63 | https://www.amazon.com/sp?ie=UTF8&seller=A3GX4CBKYEN79 | jiangqinyuhaibao | B0BZLNGXRK |
| 64 | https://www.amazon.com/sp?ie=UTF8&seller=A287TQPU13NE1T | jiaxingzheyuemaoyi | B0FRY1JZBP |
| 65 | https://www.amazon.com/sp?ie=UTF8&seller=AEBY0UMMUDKTR | JIAXIONGSTLE | B0DJYJG8WD |
| 66 | https://www.amazon.com/sp?ie=UTF8&seller=AVGUCWYZH4C1Y | jiejiugenshangmaoyouxiangong si | B0G2SWVY6W |
| 67 | https://www.amazon.com/sp?ie=UTF8&seller=A3PCICLZD7UQ3M | JIMYUXIAODIANA | B0G3VF69L9 |
| 69 | https://www.amazon.com/sp?ie=UTF8&seller=A23LVBM08TGOU8 | JingZhu | B0F5MJTLWN |
| 70 | https://www.amazon.com/sp?ie=UTF8&seller=A34LVG7DUUHE33 | jinyunqiyeguanlifuwuyouxiang ongsi | B0G2GVTN17 |
| 71 | https://www.amazon.com/sp?ie=UTF8&seller=AWFPEEGJJPXS3 | jjhhf55 | B0FHKQKNLP |
| 72 | https://www.amazon.com/sp?ie=UTF8&seller=A36JPZKHO0Y5GK | Josdnxoz | B0DM63SYBS |
| 73 | https://www.amazon.com/sp?ie=UTF8&seller=A315H0E20NYT6I | juanjuandodo | B0DCNYT7GT |
| 74 | https://www.amazon.com/sp?ie=UTF8&seller=A3QJ0BYIM6BFVV | kaifengmanshangshipinyouxian gongsi | B0F253FPY5 |
| 75 | https://www.amazon.com/sp?ie=UTF8&seller=A23X0H7KMG6Z1T | KangXi | B0G2MFBY8V |
| 76 | https://www.amazon.com/sp?ie=UTF8&seller=AKVG2I7VXW98J | kewanshangmao | B0CJJWD81C |
| 77 | https://www.amazon.com/sp?ie=UTF8&seller=A1REHQQLTISAH9 | Korbiyvs | B0FS76CDNS |
| 78 | https://www.amazon.com/sp?ie=UTF8&seller=ASM0HFLY859ZZ | kuifei | B0FWZFFGKR |
| 79 | https://www.amazon.com/sp?ie=UTF8&seller=A12DVHQ804HXHL | KUSLDUEG Store | B0F3D8SFLV |

| No. | Seller ID | Name / Seller Alias | ASIN |
|---|---|---|---|
| 80 | https://www.amazon.com/sp?ie=UTF8&seller=AGTNTW42MV7GD | liaoninghaiboqizhongjixieyouxiangongsi | B0F2FC8ZNJ |
| 81 | https://www.amazon.com/sp?ie=UTF8&seller=A13L5XL4DLAEC9 | lilileigang111126 | B0CQG8TQQ8 |
| 82 | https://www.amazon.com/sp?ie=UTF8&seller=A2PSHK2CT1QSA9 | Lina Su | B0FL7SCL3X |
| 83 | https://www.amazon.com/sp?ie=UTF8&seller=A32VUC2P96UKG8 | LiwMstoRE | B0F2NB8DDN |
| 84 | https://www.amazon.com/sp?ie=UTF8&seller=A180V53LZ0OTLW | llllinsl8 | B0FKZD1R9N |
| 85 | https://www.amazon.com/sp?ie=UTF8&seller=A15P7B6AGJRRMB | LUOYUNHUASTORE | B0G2S8ZBGD |
| 86 | https://www.amazon.com/sp?ie=UTF8&seller=AD6JUQ6TFTOZX | MADAUX | B0D3Q2Q5FZ |
| 87 | https://www.amazon.com/sp?ie=UTF8&seller=AMZM8VM3L4ZLG | Maliey | B0DJ2N4GMM |
| 88 | https://www.amazon.com/sp?ie=UTF8&seller=A2FLUHGSMFMLH8 | maqiangqiangdfhdf | B0FBS6JBMF |
| 89 | https://www.amazon.com/sp?ie=UTF8&seller=A1E225RRAD709Y | Meixinshipin | B0FJQWP839 |
| 90 | https://www.amazon.com/sp?ie=UTF8&seller=AMPC7RX1TBFLS | minerdianzi | B0DFPH4FBS |
| 91 | https://www.amazon.com/sp?ie=UTF8&seller=A25DH3NDUSX1FC | Mingyue's Store | B0FKYRC2RW |
| 92 | https://www.amazon.com/sp?ie=UTF8&seller=A1S4FOAV5I3CWK | mingyunfa | B0G49DXLL1 |
| 93 | https://www.amazon.com/sp?ie=UTF8&seller=AAWB63VEGYUBJ | moyingshangmao | B0G3Y449KQ |
| 94 | https://www.amazon.com/sp?ie=UTF8&seller=ALS0JV8QFVD71 | MXL20000507 | B0DT7DKRQ1 |
| 95 | https://www.amazon.com/sp?ie=UTF8&seller=A3D7VGTZO56D69 | MyEcoHub | B0FV8C6H95 |
| 97 | https://www.amazon.com/sp?ie=UTF8&seller=AZAWNMXP6SX7B | Niannian Home Shop | B0FJFP2VFS |
| 98 | https://www.amazon.com/sp?ie=UTF8&seller=A10T3PS8306DMA | NianxinShop | B0CNPTCT4Y |
| 99 | https://www.amazon.com/sp?ie=UTF8&seller=A3T6BKT2WLOFF | oulishiyushangma15619561 | B0CWGNQV8N |
| 100 | https://www.amazon.com/sp?ie=UTF8&seller=A2R7NNH6PS6NMX | Peifengru Home shop | B0FHH61CQV |
| 101 | https://www.amazon.com/sp?ie=UTF8&seller=A2QS54ZL9HZXRI | pingdingshanjinchenkeji | B0FX178Z4L |
| 102 | https://www.amazon.com/sp?ie=UTF8&seller=A1M2EZMB5IUAKN | putianshilichengqumajunjiemaoyiyouxiangongsi | B0D33KMN6H |
| 103 | https://www.amazon.com/sp?ie=UTF8&seller=A2BFHLJYOG0YMY | Qi Xian Cao Cheng Shang Mao You Xian Gong Si | B0DS57W75K |

| No. | Seller ID | Name / Seller Alias | ASIN |
|---|---|---|---|
| 104 | https://www.amazon.com/sp?ie=UTF8&seller=A13GE0E98RVKBK | qingdaotaohuameirenmeizhuangyouxiangongsi | B0FM4F4TC3 |
| 105 | https://www.amazon.com/sp?ie=UTF8&seller=A222QRS4YNKJRN | qinghaiqizhanshangmaoyouxiangongsi | B0FSSGFK85 |
| 106 | https://www.amazon.com/sp?ie=UTF8&seller=A3IPOFWVP7DYI9 | QIORFHDJK | B08HMXZ2R4 |
| 107 | https://www.amazon.com/sp?ie=UTF8&seller=A8SX4QO5QZ1FM | quanzhoujujingzhemaoyiyouxiangongsi | B0G2Y63P8Z |
| 108 | https://www.amazon.com/sp?ie=UTF8&seller=A333GWS4Q6IPG1 | QWDGGBB | B0BGQKRP4H |
| 109 | https://www.amazon.com/sp?ie=UTF8&seller=A1OYUNYMY81N83 | R5FFX0K | B0G1G6LJN5 |
| 110 | https://www.amazon.com/sp?ie=UTF8&seller=A3GPQPII5EOGDW | Ranguqing SHOP | B0FP9RRNYJ |
| 112 | https://www.amazon.com/sp?ie=UTF8&seller=A2V84NGT9DGDML | ruihongtiandianzi | B0D4ZCH2VJ |
| 113 | https://www.amazon.com/sp?ie=UTF8&seller=A29IM4OL0NE78R | Shandong Liwen Trading Co., Ltd | B0CLZYM1ZP |
| 114 | https://www.amazon.com/sp?ie=UTF8&seller=A1S2RRTOQY8PW3 | ShanDongZhiYeJianZhuZhuangShiGongChengYouXianGongSi | B0FR8SQK5D |
| 116 | https://www.amazon.com/sp?ie=UTF8&seller=A2PO75497WB4N2 | shanxidongfuxiaoyangcanyinguanliyouxiangongsi | B0F99YSBRR |
| 117 | https://www.amazon.com/sp?ie=UTF8&seller=ABWG492LIQW28 | shanxilongyuzejianzhugongchengyouxiangongsi | B0DLS42KMW |
| 118 | https://www.amazon.com/sp?ie=UTF8&seller=AIOB43SDTSSS | shanxixinwanshengyiliaoqixieyouxiangongsi | B0FRZGMH23 |
| 120 | https://www.amazon.com/sp?ie=UTF8&seller=A1SR7JITORKBRE | shen8668880 | B0F8WBXMM6 |
| 121 | https://www.amazon.com/sp?ie=UTF8&seller=A2STXV4A42VIV | Shengcui Yue Company | B0FPWS1MDH |
| 122 | https://www.amazon.com/sp?ie=UTF8&seller=A2U3ZT8VCSK60B | SiJieTongChenJieSui Co., Ltd | B0DXKS5K41 |
| 123 | https://www.amazon.com/sp?ie=UTF8&seller=A2WGH7YI7BU75W | Siquanyi | B0CYZBH46K |
| 124 | https://www.amazon.com/sp?ie=UTF8&seller=A1RI6FBUSYSBAC | SMAKE-US | B0DSTX9TVZ |
| 125 | https://www.amazon.com/sp?ie=UTF8&seller=A2L45LEIBI1VIH | suizhoushishelieshangmaoyouxiangongsi | B0DK4PZ9PZ |
| 127 | https://www.amazon.com/sp?ie=UTF8&seller=AOQLOG1Z0VIGD | sunmingmeifgtdfbh | B0FQV5XXTL |
| 128 | https://www.amazon.com/sp?ie=UTF8&seller=A2IJHPDHETRJNR | Sunyujinss | B0FG2BTRJR |
| 129 | https://www.amazon.com/sp?ie=UTF8&seller=AZM2AXMUI7VVL | tianjinsanhangtonggongmaoyouxiangongsi | B0FGQRWXS8 |
| 130 | https://www.amazon.com/sp?ie=UTF8&seller=A1T7HBFBIMC75K | Viviroses | B0DHWLFZBG |

| No. | Seller ID | Name / Seller Alias | ASIN |
|---|---|---|---|
| 131 | https://www.amazon.com/sp?ie=UTF8&seller=A33LEAG8PDPXAB | wanglianhaodedian | B0F2DJTZTQ |
| 132 | https://www.amazon.com/sp?ie=UTF8&seller=A37HQ9M3OVOVS1 | wangqianfdgfd | B0FWJ2FDS6 |
| 133 | https://www.amazon.com/sp?ie=UTF8&seller=A95L98CWYN1J1 | WANGYIXAIODIANA | B0G439DZG4 |
| 134 | https://www.amazon.com/sp?ie=UTF8&seller=A2N05ZIGQE0FHP | Weibbb C | B0G57NNTRY |
| 135 | https://www.amazon.com/sp?ie=UTF8&seller=A13KHG1Q2WD4F | WENHUIXIAODIAMN | B0G42LSQTQ |
| 136 | https://www.amazon.com/sp?ie=UTF8&seller=A38K6AUEDCKAEI | wenzhoujichufushiyouxiangongsi | B0FPFWPJ6T |
| 137 | https://www.amazon.com/sp?ie=UTF8&seller=AJHKMXZQGN5AV | wenzhoushiyubaigongyipinyouxiangongsi | B0FT3ZDG5S |
| 138 | https://www.amazon.com/sp?ie=UTF8&seller=A1DUYF2IY9XHQ8 | wenzhouwuxue | B0FHPSP95D |
| 139 | https://www.amazon.com/sp?ie=UTF8&seller=A3U6DN7LF2MEDR | WULEIRUYULAN | B0FG395YFS |
| 140 | https://www.amazon.com/sp?ie=UTF8&seller=A3LP18J0CE3BE8 | xiancengyaoshangmaodian | B0FFT4PF9Y |
| 141 | https://www.amazon.com/sp?ie=UTF8&seller=A1C1W3YDBEEZEM | xiangningxianshengcaijianzhugongchengyouxiangon | B0G62S77GQ |
| 142 | https://www.amazon.com/sp?ie=UTF8&seller=A7DGGGYMBCC07 | Xiangqian US | B0FB3T3W5K |
| 143 | https://www.amazon.com/sp?ie=UTF8&seller=AXB6MRGUHBCA5 | xiaocaiLanlan | B0G1MFXLBD |
| 144 | https://www.amazon.com/sp?ie=UTF8&seller=A24K2HSZ7ZE6UR | Xiaohpnmg C | B0FY41GBQ8 |
| 145 | https://www.amazon.com/sp?ie=UTF8&seller=A37JAPZ3FQQ88B | Xingyigou Store | B0FH7FQNRJ |
| 146 | https://www.amazon.com/sp?ie=UTF8&seller=A3GC7QCH2V3JO4 | xinxiangshibojingangjiegouyouxiangongsi | B0G392HZD6 |
| 147 | https://www.amazon.com/sp?ie=UTF8&seller=A3SXN51FVPPIWJ | xisilism | B0FQJBMBTN |
| 148 | https://www.amazon.com/sp?ie=UTF8&seller=A3DKT76OB6PDF7 | Xiteyu SHOP | B0FN3SFTMW |
| 149 | https://www.amazon.com/sp?ie=UTF8&seller=A3FOGA0K7Y1UW6 | XLzhanfa650 | B0CKVTWFHM |
| 150 | https://www.amazon.com/sp?ie=UTF8&seller=A3O0UX3DZCSH1M | xuanenxianyangyangyangxiaoshouhanggerenduzi | B0F4KJ2LCD |
| 153 | https://www.amazon.com/sp?ie=UTF8&seller=A2V4KPI77Q28WM | Yanfei-u | B0FG8BR4W4 |
| 154 | https://www.amazon.com/sp?ie=UTF8&seller=A3W0BGB5OX547P | yaoancantanshangmaoyouxiangongsi | B0FX97PV7L |
| 155 | https://www.amazon.com/sp?ie=UTF8&seller=A5F7FAEH6O6AB | YEcl-88shop | B0G25LP1B4 |

| No. | Seller ID | Name / Seller Alias | ASIN |
|---|---|---|---|
| 156 | https://www.amazon.com/sp?ie=UTF8&seller=AH8FYBUK4O7WM | yiwengshangmao | B0BWR5VT8B |
| 157 | https://www.amazon.com/sp?ie=UTF8&seller=A14MOV4U5AQWWL | YixiaoShop | B0FJ7GPB9W |
| 158 | https://www.amazon.com/sp?ie=UTF8&seller=AFGR1JFIMVFOG | YIYIYD | B0F3WXMTT4 |
| 159 | https://www.amazon.com/sp?ie=UTF8&seller=A30DISEWZOW53G | Ykfghecs | B0DMSQZMDH |
| 160 | https://www.amazon.com/sp?ie=UTF8&seller=A2FEBQ73SMTF2C | Yu Qiyujuan | B0FRXDZLKS |
| 161 | https://www.amazon.com/sp?ie=UTF8&seller=AA29WUA88SBKM | yuanxiyingsdgsdgv | B0FWR46348 |
| 162 | https://www.amazon.com/sp?ie=UTF8&seller=A1DOW9NU5TRWDV | YujianShangmao | B0FKT6M1ZN |
| 163 | https://www.amazon.com/sp?ie=UTF8&seller=A2U38B7BFPKBYR | yujiesgvfdbhf | B0FWQN644H |
| 164 | https://www.amazon.com/sp?ie=UTF8&seller=A3Q2JOA00BIEO | yunchengshiyanhuquweixinshipinyouxiangongsi | B0FX5RSP4T |
| 166 | https://www.amazon.com/sp?ie=UTF8&seller=AD9M5GR4Q6IYS | yuzhoushidianmanliang | B0G3KR5DCG |
| 167 | https://www.amazon.com/sp?ie=UTF8&seller=A33UX2874DELIQ | yuzhoushifuqusi | B0G2T4FNM1 |
| 168 | https://www.amazon.com/sp?ie=UTF8&seller=A3AHN38AK4GUXB | zaoir108 | B0CM6L1DYV |
| 169 | https://www.amazon.com/sp?ie=UTF8&seller=A34EPVNWGHX0A5 | zaozhuangwanshishunjiajuyouxiangongsi | B0FPFJD5HZ |
| 170 | https://www.amazon.com/sp?ie=UTF8&seller=AMRTEGT6UX0Z5 | zhangheying | B0D674TYV3 |
| 171 | https://www.amazon.com/sp?ie=UTF8&seller=ATNQLX0WPGMXS | zhaotongrushenmaoyi | B0FH2QGG14 |
| 172 | https://www.amazon.com/sp?ie=UTF8&seller=A920NF1KAVE9O | zhengzhouhaozhihuimaoyiyouxiangongsi | B0FR3NT1RL |
| 173 | https://www.amazon.com/sp?ie=UTF8&seller=AFJ43K1HRG6UQ | zhijiangshiduipaishangmaoyouxiangongsi | B0DQ1BD3T3 |
| 174 | https://www.amazon.com/sp?ie=UTF8&seller=A1DCNQLY0DXWIF | zhoushanshiweiyimaoyiyouxiangongsi | B0F8V9XCSG |
| 175 | https://www.amazon.com/sp?ie=UTF8&seller=AKWBHRSETUMFG | ZhouWuXingfsd | B0G6G5Z4SW |
| 176 | https://www.amazon.com/sp?ie=UTF8&seller=AUU998TWRLW27 | ZHouyaof | B0FTYXBPWQ |
| 177 | https://www.amazon.com/sp?ie=UTF8&seller=A1BPT3M7MZPUO9 | zhuzhouzhaonaishangmaoyouxiangongsi | B0FK1YP7QN |
| 178 | https://www.amazon.com/sp?ie=UTF8&seller=A1239IJYDTELI1 | ZILEIXIAODIAN | B0G43P1LTT |
| 179 | https://www.amazon.com/sp?ie=UTF8&seller=A2AOLX0KZN7DAS | zisemenghuan | B0FB48MJY9 |

| No. | Seller ID | Name / Seller Alias | ASIN |
|---|---|---|---|
| 180 | https://www.amazon.com/sp?ie=UTF8& seller=A1UIRO0JQA7M9Y | Zyunz | B0FY2QSBLM |
| 181 | https://www.amazon.com/sp?ie=UTF8& seller=A38799SP6VFW5B | 凤凰冉科技商贸 | B0FGVBTKK8 |
| 182 | https://www.amazon.com/sp?ie=UTF8& seller=A1WDEOGXM4IHGG | 各额萨 | B0FLQPWHR6 |
| 183 | https://www.amazon.com/sp?ie=UTF8& seller=A1H9VQ9EBM409A | 广州堵蒙商贸有限公司 | B0DCZGZ8RQ |
| 184 | https://www.amazon.com/sp?ie=UTF8& seller=A3IGWVTALJZGRT | 红响雅服饰商务 | B0FGJR1BLH |
| 185 | https://www.amazon.com/sp?ie=UTF8& seller=A7Z8FF8692VD1 | 画冰 | B0FJMT9KVQ |
| 186 | https://www.amazon.com/sp?ie=UTF8& seller=AXPTF5I2AGIXQ | 垒鑫技术咨询 | B0FWJHHNX7 |
| 187 | https://www.amazon.com/sp?ie=UTF8& seller=AOCST4KEEED87 | 沈益元 | B0DLV4RK2P |
| 188 | https://www.amazon.com/sp?ie=UTF8& seller=A3ITLB8B747I1L | 吴效藕 | B0FKTTJX5C |
| 189 | https://www.amazon.com/sp?ie=UTF8& seller=A2NR2ENWVALCOJ | 义乌市酱邯商贸有限公司 | B0F3J7DHCK |
| 190 | https://www.amazon.com/sp?ie=UTF8& seller=A1TAVV6U7V3JY9 | 尹丛 | B0FKTHM8H6 |